

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

#### NO. 02-12-00346-CV

IN RE MATTHEW JAMES                                         RELATOR
LEACHMAN

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied. Nothing in this opinion shall be construed as a ruling on the trial court's failure to rule on the merits of "Relator's Verified Petition To Take Deposition Before Suit," which remains pending in the trial court until ruled on by that court.

PER CURIAM

PANEL: WALKER, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

LIVINGSTON, C.J. would request a response.

------------

[1]See Tex. R. App. P. 47.4, 52.8(d).

DELIVERED:  August 23, 2012